UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-124(01) RM |
| ) | |
| THOMAS CRENKO ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 11, 2010 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Thomas Crenko's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED:  February 1, 2010

                                           /s/ Robert L. Miller, Jr.
                                           Chief Judge
                                           United States District Court